UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 9, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL CASE NO. 23-CR-452 |
| v. | : VIOLATIONS: |
| VINCENT LEE ALSTON, <br> also known as "Vedo", | : 18 U.S.C. § 933(a)(1), (3) <br> : (Conspiracy to Commit Firearm <br> : Trafficking) |
| JUWON MARKEL ANDERSON, <br> also known as "Peezy", | : 18 U.S.C. § 371, 922(u) <br> : (Conspiracy to Commit Theft from a <br> : Federal Firearms Licensee) |
| TYJUAN MCNEAL, | : 18 U.S.C. § 922(j) <br> : (Unlawful Possession of Stolen Firearms) |
| CY'JUAN HEMSLEY, <br> also known as "Juan", and | : 18 U.S.C. § 922(g)(1) <br> : (Unlawful Possession of Firearms by a <br> : Person Convicted of a Crime Punishable by <br> : Imprisonment for a Term Exceeding One |
| NIQUAN ODUMN, <br> also known as "Stickz" and "Debo", | : Year) <br> : 18 U.S.C. § 2312 <br> : (Interstate Transportation of Stolen Motor |
| Defendants. | : Vehicle) <br> : FORFEITURE: <br> 18 U.S.C. § 924(d); <br> 21 U.S.C. § 853(p); and <br> 28 U.S.C. § 2461(c) <br> (Category B) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about December 12, 2023, and continuing through on or about March 20, 2024, within the District of Columbia, the State of Maryland, and elsewhere, **VINCENT LEE ALSTON,** also known as "Vedo", **JUWON MARKEL ANDERSON,** also known as "Peezy", **TYJUAN MCNEAL, CY'JUAN HEMSLEY,** also known as "Juan", and **NIQUAN ODUMN,** also known as "Stickz" and "Debo", and others both known and unknown to the Grand Jury, did

knowingly and willfully combine, conspire, confederate, and agree with each other to traffic in firearms, in violation of Title 18, United States Code, Section 933, by willfully and knowingly shipping, transporting, causing to be transported, and otherwise disposing of one or more firearms, including:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge pistol, SN: V1658733
- Kel-Tec, model SU-22C, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm pistol, SN: G027855
- Glock, model 47, 9mm pistol, S/N: BZLL423
- Glock, model 44, .22 caliber pistol, S/N: AHHE205
- Glock, model 42, .380 caliber pistol, S/N: AHMK030
- Browning, model Bachmar, .22 caliber pistol, S/N: US515YY-22218
- German Sport Guns, model GSG-16, .22 caliber rifle, S/N: A974245
- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98
- Ruger, model 57, .57 caliber pistol, S/N: 64395716
- Ruger, model SR-1911, .45 caliber pistol, S/N: 67386789
- Ruger, model SR-22, .22 caliber pistol, S/N: 36954284
- Smith & Wesson, model M&P 10, 10 mm pistol, S/N: NMH3067
- Springfield, model XD-9, 9mm pistol, S/N: BA652118
- Springfield, model Hellcat, 9mm pistol, S/N: BE163118
- Sig Sauer, model P320X, 9mm pistol S/N: 58K207297
- H&K, model VP-9, 9mm pistol, S/N: 224387866
- Smith & Wesson, model victory, .22 caliber pistol S/N: UEN7248
- FN, model FNX-45, .45 caliber pistol, S/N: FX3U180045
- Smith & Wesson, model M& P 380, .380 caliber pistol, S/N: NMX0352
- Shadow Systems, model XR920, 9mm pistol, S/N: SSX047103
- Shadow Systems, model DR920, 9mm pistol, S/N: SSX043848
- Springfield, model 1911, .45 caliber pistol, S/N: NM836289
- Glock, model 22 pistol, .40 caliber pistol, S/N: BUCT486
- Smith & Wesson, model M&P 9, 9mm pistol, S/N: MRN6088
- Taurus, model G2C, 9mm pistol, S/N: TLR92781
- Kalashnikov, model KP-9, 9mm pistol, S/N: K90007040
- FN, model FNP-40, .40 caliber pistol, S/N: 61CMR02735
- Springfield, model 1911, 9mm pistol, S/N: EMP97414

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe

that the use, carrying, or possession of the firearm by the Recipient would constitute a felony.

## GOAL OF THE CONSPIRACY

It was the goal of the conspiracy to transport stolen firearms from a pawn shop in Maryland and transport them into Washington, D.C. and then sell or transfer the stolen firearms to other individuals, while knowing that the transfer of the firearms to the recipients would constitute a felony.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, and in order to effect the objects thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

   a. On or about December 12, 2023, **VINCENT LEE ALSTON**, also known as "Vedo", communicated with **NIQUAN ODUMN**, also known as "Stickz" and "Debo", regarding an effort to obtain a saw.

   b. On or about December 13, 2023, **JUWON MARKEL ANDERSON**, also known as "Peezy," communicated with **VINCENT LEE ALSTON**, also known as "Vedo", about travelling to 706 Crain Highway, Glen Burnie, Maryland, 21061, the location of the A & D pawn shop from which they intended to steal firearms.

   c. On or about December 13, 2023, **VINCENT LEE ALSTON**, also known as "Vedo", **JUWON MARKEL ANDERSON**, also known as "Peezy", **TYJUAN MCNEAL**, **CY'JUAN HEMSLEY**, also known as "Juan", and **NIQUAN ODUMN**, also known as "Stickz" and "Debo", travelled from Washington, D.C. to Maryland and arrived at the A & D Pawn Shop.

d. On or about December 13, 2023, **VINCENT LEE ALSTON**, also known as "Vedo", **JUWON MARKEL ANDERSON**, also known as "Peezy", **TYJUAN MCNEAL**, **CY'JUAN HEMSLEY**, also known as "Juan", and **NIQUAN ODUMN**, also known as "Stickz" and "Debo", arrived at the A & D Pawn Shop and broke into the pawn shop with a portable saw and a crow bar.

e. On or about December 13, 2023, **VINCENT LEE ALSTON**, also known as "Vedo", **JUWON MARKEL ANDERSON**, also known as "Peezy", **TYJUAN MCNEAL**, **CY'JUAN HEMSLEY**, also known as "Juan" and **NIQUAN ODUMN,** also known as "Stickz" and "Debo", stole a total of 34 firearms from the A & D Pawn Shop.

f. On or about December 13, 2023, **JUWON MARKEL ANDERSON**, also known as "Peezy," **VINCENT LEE ALSTON**, also known as "Vedo", **TYJUAN MCNEAL**, **CY'JUAN HEMSLEY**, also known as "Juan" and **NIQUAN ODUMN**, also known as "Stickz" and "Debo",  travelled back to Washington, D.C. from Maryland with the firearms they had stolen from the A & D Pawn Shop.

g. On or about December 13, 2023, after the burglary, Co-Conspirator 1, an associate of **JUWON MARKEL ANDERSON**, also known as "Peezy", attempted to sell the stolen firearms.

h. On or about December 13, 2023, after the burglary, **CY'JUAN HEMSLEY**, also known as "Juan", communicated with an associate stating that "I got u a gift" and "I got u a missle" while sending a video of two firearms.

i. On or about December 14, 2023, after the burglary, **VINCENT LEE ALSTON**, also known as "Vedo", communicated with **JUWON MARKEL ANDERSON**, also known as "Peezy", on how he was trying to obtain a firearm for Co-Conspirator 2.

4

j. One of the co-conspirators transferred four of the firearms, a Smith & Wesson M&P, 380 shield, S/N NMX0352, a Glock 47, 9mm, S/N BZLL423, a Smith & Wesson M&P, S/N NMH3067, and a FN, FNX 45, S/N FX3U180045 to an unknown third party.

**(Conspiracy to Commit Firearms Trafficking**, in violation of Title 18, United States Code, Section 933(a)(1),(3))

## COUNT TWO

On or about December 13, 2023, within the District of Columbia and elsewhere, defendants **VINCENT LEE ALSTON**, also known as "Vedo", and **JUWON MARKEL ANDERSON**, also known as "Peezy", **TYJUAN MCNEAL, CY'JUAN HEMSLEY**, also known as "Juan", and **NIQUAN ODUMN**, also known as "Stickz" and "Debo", and others both known and unknown to the Grand Jury did knowingly and willfully combine, conspire, confederate and agree together, and with other persons, to knowingly steal, unlawfully take, and carry away firearms, which had been shipped and transported in interstate commerce, from the premises of a person who is licensed to engage in the business of importing, manufacturing, and dealing in firearms, in violation of Title 18, United States Code, Section 922(u).

## GOAL OF THE CONSPIRACY

It was the goal of the conspiracy to steal firearms from a pawn shop in Maryland and transport them into Washington, D.C.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, and in order to effect the objects thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

a. On or about December 12, 2023, **VINCENT LEE ALSTON**, also known as "Vedo", communicated with **NIQUAN ODUMN**, also known as "Stickz" and "Debo", regarding an effort to obtain a saw.

b. On or about December 13, 2023, **JUWON MARKEL ANDERSON**, also known as "Peezy", communicated with **VINCENT LEE ALSTON**, also known as "Vedo", about traveling to 706 Crain Highway, Glen Burnie, Maryland, 21061, the location of the A & D pawn shop from which they intended to steal firearms.

c. On or about December 13, 2023, **VINCENT LEE ALSTON,** also known as "Vedo", **JUWON MARKEL ANDERSON,** also known as "Peezy", **TYJUAN MCNEAL, CY'JUAN HEMSLEY,** also known as "Juan", and **NIQUAN ODUMN**, also known as "Stickz" and "Debo", travelled from Washington, D.C. to Maryland and arrived at the A & D Pawn Shop.

d. On or about December 13, 2023, **VINCENT LEE ALSTON,** also known as "Vedo", **JUWON MARKEL ANDERSON,** also known as "Peezy", **TYJUAN MCNEAL, CY'JUAN HEMSLEY,** also known as "Juan" and **NIQUAN ODUMN**, also known as "Stickz" and "Debo", arrived at the A & D Pawn Shop and broke into the pawn shop with a portable saw and a crow bar.

e. On or about December 13, 2023, **VINCENT LEE ALSTON,** also known as "Vedo", **JUWON MARKEL ANDERSON,** also known as "Peezy", **TYJUAN MCNEAL, CY'JUAN HEMSLEY,** also known as "Juan", and **NIQUAN ODUMN**, also known as "Stickz" and "Debo", travelled from Maryland to Washington D.C. after breaking into the A & D Pawn Shop.

f. On or about December 15, 2023, **VINCENT LEE ALSTON**, also known as "Vedo", was in possession of a firearm stolen from the A & D pawn shop on December 13, 2023, that is a Smith & Wesson, model M&P 9 millimeter pistol, serial number MRN6088.

g. On or about December 15, 2023, **JUWON MARKEL ANDERSON**, also known as "Peezy," was in possession of firearms stolen from the A & D pawn shop on December 13, 2023, including a Ruger, model 57, .57 caliber pistol with serial number 643-95716, and a Kel-Tec, model sub-2000, 9 millimeter rifle, with serial number FHFD98.

(**Conspiracy to Commit Theft from a Federal Firearms Licensee**, in violation of Title 18, United States Code, Section 371)

## COUNT THREE

On or about December 13, 2023, within the District of Columbia, the defendant **VINCENT LEE ALSTON**, also known as "Vedo", **JUWON MARKEL ANDERSON**, also known as "Peezy", **TYJUAN MCNEAL**, **CY'JUAN HEMSLEY**, also known as "Juan", and **NIQUAN ODUMN**, also known as "Stickz" and "Debo", knowingly possessed, received, and stored stolen firearms, that is, a:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge pistol, SN: V1658733
- Kel-Tec, model SU-22C, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm pistol, SN: G027855
- Glock, model 47, 9mm pistol, S/N: BZLL423
- Glock, model 44, .22 caliber pistol, S/N: AHHE205
- Glock, model 42, .380 caliber pistol, S/N: AHMK030
- Browning, model Bachmar, .22 caliber pistol, S/N: US515YY-22218
- German Sport Guns, model GSG-16, .22 caliber rifle, S/N: A974245
- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98
- Ruger, model 57, .57 caliber pistol, S/N: 64395716
- Ruger, model SR-1911, .45 caliber pistol, S/N: 67386789

- Ruger, model SR-22, .22 caliber pistol, S/N: 36954284
- Smith & Wesson, model M&P 10, 10 mm pistol, S/N: NMH3067
- Springfield, model XD-9, 9mm pistol, S/N: BA652118
- Springfield, model Hellcat, 9mm pistol, S/N: BE163118
- Sig Sauer, model P320X, 9mm pistol S/N: 58K207297
- H&K, model VP-9, 9mm pistol, S/N: 224387866
- Smith & Wesson, model victory, .22 caliber pistol S/N: UEN7248
- FN, model FNX-45, .45 caliber pistol, S/N: FX3U180045
- Smith & Wesson, model M& P 380, .380 caliber pistol, S/N: NMX0352
- Shadow Systems, model XR920, 9mm pistol, S/N: SSX047103
- Shadow Systems, model DR920, 9mm pistol, S/N: SSX043848
- Springfield, model 1911, .45 caliber pistol, S/N: NM836289
- Glock, model 22 pistol, .40 caliber pistol, S/N: BUCT486
- Smith & Wesson, model M&P 9, 9mm pistol, S/N: MRN6088
- Taurus, model G2C, 9mm pistol, S/N: TLR92781
- Kalashnikov, model KP-9, 9mm pistol, S/N: K90007040
- FN, model FNP-40, .40 caliber pistol, S/N: 61CMR02735
- Springfield, model 1911, 9mm pistol, S/N: EMP97414

which had been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearms were stolen.

**(Unlawful Possession of Stolen Firearms**, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2))

## COUNT FOUR

On or about December 15, 2023, within the District of Columbia, **VINCENT LEE ALSTON**, also known as "Vedo", knowingly possessed, received, and stored a stolen firearm, that is, a Smith & Wesson, model M&P 9 millimeter pistol, with serial number MRN6088, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

**(Unlawful Possession of Stolen Firearm or Ammunition**, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2))

## COUNT FIVE

On or about December 15, 2023, within the District of Columbia, **JUWON MARKEL**

ANDERSON, also known as "Peezy", knowingly possessed, received, and stored stolen firearms, that is, a Ruger, model 57, .57 caliber pistol, with serial number 643-95716 and a Kel-Tec, model sub-2000, 9 millimeter rifle, with serial number FHFD98, which had been shipped and transported in interstate commerce knowing and having reasonable cause to believe the firearms were stolen.

**(Unlawful Possession of Stolen Firearms**, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2))

### COUNT SIX

On or about December 15, 2023, within the District of Columbia, **VINCENT LEE ALSTON**, also known as "Vedo", knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal Case No. CT210035X, did unlawfully and knowingly receive and possess firearms, that is, a Smith & Wesson, model M&P 9 millimeter pistol, with serial number MRN6088, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Firearms by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SEVEN

On or about December 15, 2023, within the District of Columbia, **JUWON MARKEL ANDERSON**, also known as "Peezy", knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District Court for Prince George's County, Maryland, Criminal Case No. C-16-CR-23-001492, did unlawfully and knowingly receive and possess firearms, that is, a Ruger, model 57, .57 caliber pistol, with serial number 643-95716 and a Kel-Tec, model sub-2000, 9 millimeter rifle, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of Firearms by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT EIGHT

On or about December 13, 2023, within the District of Columbia, **VINCENT LEE ALSTON**, also known as "Vedo", knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal Case No. CT210035X, did unlawfully and knowingly receive and possess firearms, that is, a:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge pistol, SN: V1658733
- Kel-Tec, model SU-22C, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm pistol, SN: G027855
- Glock, model 47, 9mm pistol, S/N: BZLL423
- Glock, model 44, .22 caliber pistol, S/N: AHHE205
- Glock, model 42, .380 caliber pistol, S/N: AHMK030
- Browning, model Bachmar, .22 caliber pistol, S/N: US515YY-22218
- German Sport Guns, model GSG-16, .22 caliber rifle, S/N: A974245
- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98
- Ruger, model 57, .57 caliber pistol, S/N: 64395716
- Ruger, model SR-1911, .45 caliber pistol, S/N: 67386789
- Ruger, model SR-22, .22 caliber pistol, S/N: 36954284
- Smith & Wesson, model M&P 10, 10 mm pistol, S/N: NMH3067
- Springfield, model XD-9, 9mm pistol, S/N: BA652118
- Springfield, model Hellcat, 9mm pistol, S/N: BE163118
- Sig Sauer, model P320X, 9mm pistol S/N: 58K207297
- H&K, model VP-9, 9mm pistol, S/N: 224387866
- Smith & Wesson, model victory, .22 caliber pistol S/N: UEN7248
- FN, model FNX-45, .45 caliber pistol, S/N: FX3U180045
- Smith & Wesson, model M& P 380, .380 caliber pistol, S/N: NMX0352
- Shadow Systems, model XR920, 9mm pistol, S/N: SSX047103
- Shadow Systems, model DR920, 9mm pistol, S/N: SSX043848

- Springfield, model 1911, .45 caliber pistol, S/N: NM836289
- Glock, model 22 pistol, .40 caliber pistol, S/N: BUCT486
- Smith & Wesson, model M&P 9, 9mm pistol, S/N: MRN6088
- Taurus, model G2C, 9mm pistol, S/N: TLR92781
- Kalashnikov, model KP-9, 9mm pistol, S/N: K90007040
- FN, model FNP-40, .40 caliber pistol, S/N: 61CMR02735
- Springfield, model 1911, 9mm pistol, S/N: EMP97414

which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Firearms by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT NINE

On or about December 13, 2023, within the District of Columbia, **JUWON MARKEL ANDERSON**, also known as "Peezy", knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District Court for Prince George's County, Maryland, Criminal Case No. C-16-CR-23-001492, did unlawfully and knowingly receive and possess firearms, that is, a:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge pistol, SN: V1658733
- Kel-Tec, model SU-22C, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm pistol, SN: G027855
- Glock, model 47, 9mm pistol, S/N: BZLL423
- Glock, model 44, .22 caliber pistol, S/N: AHHE205
- Glock, model 42, .380 caliber pistol, S/N: AHMK030
- Browning, model Bachmar, .22 caliber pistol, S/N: US515YY-22218
- German Sport Guns, model GSG-16, .22 caliber rifle, S/N: A974245
- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98
- Ruger, model 57, .57 caliber pistol, S/N: 64395716
- Ruger, model SR-1911, .45 caliber pistol, S/N: 67386789
- Ruger, model SR-22, .22 caliber pistol, S/N: 36954284

- Smith & Wesson, model M&P 10, 10 mm pistol, S/N: NMH3067
- Springfield, model XD-9, 9mm pistol, S/N: BA652118
- Springfield, model Hellcat, 9mm pistol, S/N: BE163118
- Sig Sauer, model P320X, 9mm pistol S/N: 58K207297
- H&K, model VP-9, 9mm pistol, S/N: 224387866
- Smith & Wesson, model victory, .22 caliber pistol S/N: UEN7248
- FN, model FNX-45, .45 caliber pistol, S/N: FX3U180045
- Smith & Wesson, model M& P 380, .380 caliber pistol, S/N: NMX0352
- Shadow Systems, model XR920, 9mm pistol, S/N: SSX047103
- Shadow Systems, model DR920, 9mm pistol, S/N: SSX043848
- Springfield, model 1911, .45 caliber pistol, S/N: NM836289
- Glock, model 22 pistol, .40 caliber pistol, S/N: BUCT486
- Smith & Wesson, model M&P 9, 9mm pistol, S/N: MRN6088
- Taurus, model G2C, 9mm pistol, S/N: TLR92781
- Kalashnikov, model KP-9, 9mm pistol, S/N: K90007040
- FN, model FNP-40, .40 caliber pistol, S/N: 61CMR02735
- Springfield, model 1911, 9mm pistol, S/N: EMP97414

which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Firearms by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT TEN

On or about December 13, 2023, within the District of Columbia, **TYJUAN MCNEAL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case No. 2016 CF3 9255, did unlawfully and knowingly receive and possess firearms, that is, a:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge pistol, SN: V1658733
- Kel-Tec, model SU-22C, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm pistol, SN: G027855

- Glock, model 47, 9mm pistol, S/N: BZLL423
- Glock, model 44, .22 caliber pistol, S/N: AHHE205
- Glock, model 42, .380 caliber pistol, S/N: AHMK030
- Browning, model Bachmar, .22 caliber pistol, S/N: US515YY-22218
- German Sport Guns, model GSG-16, .22 caliber rifle, S/N: A974245
- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98
- Ruger, model 57, .57 caliber pistol, S/N: 64395716
- Ruger, model SR-1911, .45 caliber pistol, S/N: 67386789
- Ruger, model SR-22, .22 caliber pistol, S/N: 36954284
- Smith & Wesson, model M&P 10, 10 mm pistol, S/N: NMH3067
- Springfield, model XD-9, 9mm pistol, S/N: BA652118
- Springfield, model Hellcat, 9mm pistol, S/N: BE163118
- Sig Sauer, model P320X, 9mm pistol S/N: 58K207297
- H&K, model VP-9, 9mm pistol, S/N: 224387866
- Smith & Wesson, model victory, .22 caliber pistol S/N: UEN7248
- FN, model FNX-45, .45 caliber pistol, S/N: FX3U180045
- Smith & Wesson, model M& P 380, .380 caliber pistol, S/N: NMX0352
- Shadow Systems, model XR920, 9mm pistol, S/N: SSX047103
- Shadow Systems, model DR920, 9mm pistol, S/N: SSX043848
- Springfield, model 1911, .45 caliber pistol, S/N: NM836289
- Glock, model 22 pistol, .40 caliber pistol, S/N: BUCT486
- Smith & Wesson, model M&P 9, 9mm pistol, S/N: MRN6088
- Taurus, model G2C, 9mm pistol, S/N: TLR92781
- Kalashnikov, model KP-9, 9mm pistol, S/N: K90007040
- FN, model FNP-40, .40 caliber pistol, S/N: 61CMR02735
- Springfield, model 1911, 9mm pistol, S/N: EMP97414

which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Firearms by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT ELEVEN

On or about December 13, 2023, within the District of Columbia, **VINCENT LEE ALSTON**, also known as "Vedo", and **CY'JUAN HEMSLEY,** also known as "Juan", did unlawfully transport in interstate commerce a stolen vehicle, that is, a red Hyundai, from the State of Maryland to Washington, D.C., knowing the same to be stolen in

violation of Title 18, United States Code, Section 2312.

**(Interstate Transportation of a Stolen Motor Vehicle**, in violation of Title 18, United States Code, Section 2312)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in all counts of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Hammerli TAC R1, .22 LR caliber rifle; a Mossberg 590 Nightstick, 12-Gauge shotgun; a Kel-Tec SU22, .22 caliber rifle; a Smith & Wesson M&P 15, .22 LR caliber rifle; a Smith & Wesson M&P 22 Compact, .22 caliber pistol; a Mossberg 590, 12-Gauge shotgun; a H&K 416, .22 LR caliber rifle; a Kahr Arms CT9, 9 millimeter caliber pistol; a Ruger, model 57, .57 caliber pistol, and a Kel-Tec, model sub-2000, 9 millimeter rifle, with serial number FHFD98.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON

*[signature]*

Attorney of the United States in
and for the District of Columbia