**UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 23-CR-452 (ABJ)** |
| | : | |
| **CY'JUAN HEMSLEY,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in support of its oral motion that the defendant be detained pending trial under 18 U.S.C. § 3142(f)(1)(E) (felony involving a firearm) of the federal bail statute.

As discussed further below, the defendant stands charged with Conspiracy to Commit Firearm Trafficking, 18 U.S.C. § 933(a)(1),(3); Conspiracy to Commit Theft from a Federal Firearms Licensee, in violation of 18 U.S.C. § 371, 922(u); Unlawful Possession of Stolen Firearms, in violation of 18 U.S.C. § 922(j) and Interstate Transportation of Stolen Motor Vehicle in violation of 18 U.S.C. § 2312.  The defendant has had two prior arrests and at the time of the instant case the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The indictment reveals that on December 13, 2023 defendant Cy'Juan Hemsley conspired

to Traffick Firearms, Commit Theft From a Federal Firearms Licensee, was in possession of illegal and stolen firearms and drove a stolen car over state lines.  Hemsley's prior criminal history demonstrates that his criminal conduct is increasingly serious and dangerous.

The government requests that the following points and authorities, as well as any other facts, arguments, and authorities presented at the detention hearing, be considered in the Court's determination regarding pretrial detention.

## I.    <u>Procedural History</u>

The defendant is charged by indictment with Conspiracy to Commit Firearm Trafficking, 18 U.S.C. § 933(a)(1),(3); Conspiracy to Commit Theft From a Federal Firearms Licensee, in violation of 18 U.S.C. §371, 922(u); Unlawful Possession of Stolen Firearms in violation of 18 U.S.C. §922(j) and Interstate Transportation of Stolen Motor Vehicle in violation of 18 U.S.C. § 2312.  At the defendant's initial appearance on March 28, 2024, the government orally moved for detention, and a detention hearing was scheduled for April 2, 2024.  The government now moves for detention pending trial pursuant to the above-referenced provisions of the federal bail statute.

## II.    <u>Legal Authority and Argument</u>

As a preliminary matter, the "rules concerning the admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the [detention] hearing." 18 U.S.C. § 3142(f).  Specifically, the presentation of hearsay evidence is permitted. *Id*.; *United States v. Smith*, 79 F.3d 1208, 1210 (D.C. Cir. 1996).  Moreover, the government is not required to "spell out in precise detail how the government will prove its case at trial, nor specify exactly what sources it will use." *United States v. Martir*, 782 F.2d 1141, 1145 (2d Cir. 1986); *United States v. Williams*, 798 F. Supp. 34, 36 (D.D.C. 1992).  A pretrial detention hearing should

not be used as a discovery device and cross-examination should be limited to the disputed issues, since the detention hearing is not to be turned into a mini-trial and is not to be used as a subterfuge to obtain discovery. *Smith*, 79 F.3d at 1210; *see also Williams*, 798 F. Supp. at 36.

Under Section 3142(g), the Court must analyze four factors in determining whether to detain the defendant pending trial: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the defendant; (3) his history and characteristics; and (4) the nature and seriousness of the danger to any person or the community that would be posed by his release. *See* 18 U.S.C. § 3142(g). A review and understanding of the facts and circumstances in this case require the Court to conclude that there is no condition or combination of conditions that would assure appearance of the defendant in court or the safety of the community were he to be released. *See* 18 U.S.C. § 3142(e)(1).

A.      **Nature and Circumstances of the Offense**

On December 13, 2023, at approximately 3:47 a.m., Anne Arundel County Police Department (AAPD) heard an audible alarm at A & D pawn shop, a Federal Firearms Licensee ("FFL"), located at 706 Crain Hwy, N #2, Glen Burnie, MD 21061. Once patrol officers arrived, a preliminary investigation revealed the pawn shop was burglarized and numerous firearms were stolen. Patrol officers notified AAPD detectives who took control of the investigation. AAPD detectives reviewed security camera footage from the pawn shop and observed the following:

At approximately 3:30 a.m., a red Hyundai sedan ("VEHICLE-1") and a dark colored Acura SUV ("VEHICLE-2") entered the A & D pawn shop parking lot.



***Still shots captured from surveillance footage of the VEHICLE-1 and VEHICLE-2.***

TyJuan McNeal, Vincent Alston, Juwon Anderson, Niquan Odumn and Cy'Juan

Hemsley (the "SUSPECTS"), wearing gloves and masks, exited VEHICLE-1 and VEHICLE-2.

Niquan Odumn, utilizing a portable saw, cut the locks on the pull-down security gate in front of the

A & D pawn shop. The SUSPECTS then raised the security gate and used a crowbar type tool to pry

open the main entry door to the pawn shop. The SUSPECTS entered the pawn shop, took firearms,

and exited the pawn shop, repeating this pattern numerous times, before fleeing the scene in

VEHICLE- 1 and VEHICLE-2.  Cy'Juan Hemsley was the driver of VEHICLE -1.



***Still shots captured from video surveillance footage of the SUSPECTS.***

An initial inventory of the A & D pawn shop revealed that 34 firearms were stolen. The following firearms were reported stolen:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge pistol, SN: V1658733

- Kel-Tec, model SU-22C, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm pistol, SN: G027855
- Glock, model 47, 9mm pistol, S/N: BZLL423
- Glock, model 44, .22 caliber pistol, S/N: AHHE205
- Glock, model 42, .380 caliber pistol, S/N: AHMK030
- Browning, model Bachmar, .22 caliber pistol, S/N: US515YY-22218
- German Sport Guns, model GSG-16, .22 caliber rifle, S/N: A974245
- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98
- Ruger, model 57, .57 caliber pistol, S/N: 64395716
- Ruger, model SR-1911, .45 caliber pistol, S/N: 67386789
- Ruger, model SR-22, .22 caliber pistol, S/N: 36954284
- Smith & Wesson, model M&P 10, 10 mm pistol, S/N: NMH3067
- Springfield, model XD-9, 9mm pistol, S/N: BA652118
- S5pringfield, model Hellcat, 9mm pistol, S/N: BE163118
- Sig Sauer, model P320X, 9mm pistol S/N: 58K207297
- H&K, model VP-9, 9mm pistol, S/N: 224387866
- Smith & Wesson, model victory, .22 caliber pistol S/N: UEN7248
- FN, model FNX-45, .45 caliber pistol, S/N: FX3U180045
- Smith & Wesson, model M& P 380, .380 caliber pistol, S/N: NMX0352
- Shadow Systems, model XR920, 9mm pistol, S/N: SSX047103
- Shadow Systems, model DR920, 9mm pistol, S/N: SSX043848
- Springfield, model 1911, .45 caliber pistol, S/N: NM836289
- Glock, model 22 pistol, .40 caliber pistol, S/N: BUCT486
- Smith & Wesson, model M&P 9, 9mm pistol, S/N: MRN6088
- Taurus, model G2C, 9mm pistol, S/N: TLR92781
- Kalashnikov, model KP-9, 9mm pistol, S/N: K90007040
- FN, model FNP-40, .40 caliber pistol, S/N: 61CMR02735
- Springfield, model 1911, 9mm pistol, S/N: EMP97414[2]

Approximately a half hour after the A & D pawn shop FFL burglary, at 4:10 a.m., Metropolitan Police Department (MPD) in Washington, D.C. were notified of a car accident on I-295 going southbound at the Kenilworth Avenue, N.E., Washington, D.C. exit. Once on scene, MPD officers observed a red Hyundai Sonata, matching the description of VEHICLE-1, with no passengers. Officers ran a query of the VEHICLE-1 which revealed that VEHICLE-1 was stolen on

---

[2] ATF received the completed Federal Firearms Licenses Firearms Theft Report and adjusted the firearm list accordingly.

December 12, 2023 out of Prince George's County from 4351 Telfair Blvd., Camp Springs, MD 20746. The exact time VEHICLE-1 was stolen is unknown; however, the victim reports she parked her vehicle around 7:30 p.m. on December 12, 2023.



*Screenshot of MPD Body Worn Camera (BWC) capturing the TARGET VEHICLE's accident.*

MPD officers searched VEHICLE-1 and recovered the following eight firearms that were reported stolen from the A & D pawn shop:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge shotgun, SN: V1658733
- Kel-Tec, model SU22, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm caliber pistol, SN: G027855

The firearms were located on the floor in the rear of the vehicle and were easily visible for the occupants to observe.



*Screenshot of MPD Body Worn Camera (BWC) capturing the stolen firearms in VEHICLE-1.*



*Photograph capturing five of the firearms recovered from VEHICLE-1.*



*Photograph capturing three of the firearms recovered from VEHICLE-1.*

A query revealed the eight firearms were stolen from the A & D pawn shop approximately 40 minutes prior to the accident. It should be noted that driving from A & D pawn shop to the Kenilworth Avenue, N.E. exit on I-295 would take approximately 30-40 minutes. VEHICLE-1 was towed pending further investigation.  A witness, the driver of a vehicle involved in the accident, stated his vehicle was rear ended by VEHICLE-1, causing his vehicle to spin out.

MPD officers observed a damaged yellow in color iPhone with a black case in the front driver's side floorboard with an open GPS route running in VEHICLE-1.  The destination address from the GPS route showed 2660 Douglass Street S.E., Washington, D.C. 20020.  A second phone that was not powered on was found in the rear of the vehicle behind the front driver's seat.



**Recovered Iphone**

**United States District Court for the District of Columbia Search Warrant 23-SW-433**

On December 13, 2023, the United States District Court for the District of Columbia issued a search warrant, in case number 23-SW-433, for the Iphone, seized from VEHICLE-1 on December 13, 2023.  Law enforcement determined the owner of the phone to be Vincent Alston. A review of images on the Iphone revealed a social security card for a Vincent Lee Alston and a photograph of Alston's District of Columbia identification card.  Furthermore, a review of text messages from the Iphone from November 2023 shows that Alston was the user of the recovered Iphone.  On November 4, 2023 the user texts "Hey god mother this Vincent."  On November 23, 2023 an incoming message stated to the user "Also, get your license first before driving, Vincent."

The review of the phone revealed evidence of co-defendant Vincent Alston and Juwon Andersons's aka "Peezy" involvement in the A&D pawn shop FFL burglary.  A review of text messages on the Iphone revealed the Iphone communicated with a contact labeled "Peezy", attributed to the phone number 202-820-2109.  In the messages exchanged, on December 13, 2023 at approximately 2:56 a.m., "Peezy" texted the Iphone "706 Crain hwy n glen Burnie MD 21061". "Peezy" followed up with another message, stating "thats the address to were we goin".  The Crain

10

Highway mentioned in the text is the same address of the A & D pawn shop.



*Screenshot depicting text messages between "Peezy" and the Iphone.*

A review of cell site evidence and other social media identified Juwon Anderson as "Peezy." In addition, cell site evidence and social media also indicated that the Anderson was staying at 4406 Quarles Street, N.E., Washington D.C.  Anderson was arrested at the address on December 15, 2023 and was found with two of the stolen firearms from the A & D pawn shop.  A Ruger, model 57, .57 caliber pistol, with serial number 643-95716 and a Kel-Tec, model sub-2000, 9 millimeter rifle, serial number: FHFD98.  In addition, Juwon Anderson's cell phone, with the phone number 202-820-2109 was found at the apartment as well.

Alston was arrested on December 15, 2023 at 2660 Douglas Street, S.E., the same address that was on the GPS for the recovered Iphone.  After waiving his Miranda rights, Alston told agents that there was a firearm in his bedroom.  Inside the bedroom closet, agents recovered a Smith & Wesson model M&P 9 millimeter pistol with serial number MRN6088 loaded with 10 rounds of ammunition.  This gun matched one of the guns reported stolen from A & D Pawn Shop.

A review of Alston's Instagram messages before the pawn shop burglary, between 1:00 a.m. and going until 2:20 a.m. on December 13, 2023, show messages with the Instagram user "chasedemendz", a moniker attributed to co-defendant, Tyjuan McNeal.

chasedemendz:        Wya [Where you at]

| chasedemendz: | Missed video calls |
| IPHONE: | We getting da truck fool |
| chasedemendz: | I'm up too |
| chasedemendz: | Top |
| IPHONE: | Sayless after we get it we ona way |
| IPHONE: | We coming up top |
| IPHONE: | Wya [Where you at] |
| chasedemendz: | Up top wya who you w [who you with] |
| IPHONE: | Me stickz peezy my man who had da 8 ball coat |

According to the conversation, the Iphone user, believed to be Alston, stated that he was with other individuals, including Peezy, Stickz, and my man who had the 8 ball coat less than 90 minutes before the guns were stolen from the A & D Pawn Shop.  On March 22, 2024, the government recovered a jacket with an 8 ball emblem from Hemsley's residence when executing a search warrant.

Through video surveillance, the driver of the red Hyundai has been identified as Cy'Juan Hemsley. In the recovered cell phone from the red Hyundai, there is a contact labeled "Juann" associated with phone number 240-761-8739.  The Cash App user name for the phone number is "$juann5959."  A query of the application revealed the username to be associated with "Cy'Juan Hemsley."  Additionally, the recovered Iphone has a contact labeled "J-dawg" which is associated to an iCloud email of omerta.juann@icloud.com.  The Iphone extraction showed messages between the Iphone and "J-dawg" in which the Iphone refers to the contact as "Jaun", presumably a misspelling of Juan.  When searching "omerta.juann" in Instagram, three accounts are found.  One of these accounts, "1bankroll.juann" is friends with Vincent Alston's Instagram and with another account with the user handle "chasingrxckz_" who goes by "Juann Juann" in the Instagram

biography.   The page depicts an individual who looks similar to "Cy'Juan Hemsley."

In a still shot from a video shown below, the individual depicted on the left is Hemsley on Alston's Instagram.  This archived Instagram live video from December 13, 2023 at approximately 10:24 p.m. shows Hemsley dancing with firearms while wearing a red, black, and grey sweatshirt. The picture in the middle is from Hemsley's Instagram @chasingrxckz_.    The picture shows Hemsley wearing a jacket and sweatshirt that almost exactly matches the suspect in the burglary footage.  The picture on the right is a still shot of the FFL burglary.  The subsequent still shot shows Hemsley exiting from the driver's side of the red Hyundai during the burglary.   Hemsley is also seen wearing a coat with a furry hoodie.  Hemsley's Instagram account also has a video with him wearing the same coat with the furry hoodie.



*Still shot on the extreme right shows Hemsley with two firearms immediately after the burglary.  Still shot in the middle shows Hemsley wearing the same coat as worn during the burglary from his Instagram account.  Still shot on the right depicts Hemsley outside the A & D pawn shop during the burglary.*



**Hemsley exiting VEHICLE-1 outside the A & D pawn shop.**

**Cell Site evidence of Hemsley's phone 240-761-8739**

 Cy'Juan Hemsley's cell site, 240-761-8739, also places him at the approximate location of the theft of the red Hyundai between 11:05 p.m. through 11:09 p.m. on December 12, 2023.



***Hemsley cell site places his phone near the location of stolen vehicle (VEHICLE -1).***

 Cell sites from Hemsley's phone number also places him at the pawn shop at the time of the burglary, the phone travelling towards the pawn shop prior to the burglary and

the approximate location for the site of the crash.



*Hemsley cell site places his phone at the site of the burglary.*



*Hemsley cell site places his phone at the site of the car crash after the burglary.*



*Hemsley cell site places his phone travelling towards the A & D pawn shop.*

Surveillance video from car accident shows what appears to be the furry coat for the individual on the extreme left of the still.



*The furry coat is depicted on the extreme left of the surveillance still.*

**Firearms Trafficking**

On December 13, 2023, at 10:12 am, approximately seven hours after the A&D Pawn Shop burglary, HEMSLEY's INSTAGRAM had a conversation about with the account "glocklittyuuppt2" about firearms.

HEMSLEY's INSTAGRAM: I got u a gift

[unrelated conversation]

HEMSLEY's INSTAGRAM: …I got u a missle

glocklittyuuppt2: wats that

HEMSLEY's INSTAGRAM: Da one on top yours

HEMSLEY's INSTAGRAM: A video depicting two firearms.



*Screenshot of video sent from HEMSLEY's INSTAGRAM.*

glocklittyuuppt2: oh yea

HEMSLEY's INSTAGRAM: Yea I just got em but Ian giving it to u until u get dat foster home

It should be noted the video above depicted a firearm that is visually similar to a Springfield XD and a firearm visually similar to a Glock.  Both of those makes of firearms were stolen from the A & D pawn shop burglary.

On December 13 and 14, the Instagram accounts for both Alston and Anderson, as well as an associate of Anderson's, show communications that appear related to the sale or transfer of firearms.

On December 13, for example, Anderson's Instagram account exchanges message with the account "poofbegone26."  Although many of the messages have been deleted, Anderson's account sends two images of firearms that appear to be from the burglary:



**Image from Anderson's Instagram Account.**



**Image from Anderson's Instagram Account.**

Alston's Instagram also exchanges messages with Anderson's Instagram on December 14, in messages that appear to concern Alston's "girl" trying to get a "joint" [later clarified to be a "two tone 9"] or "iorn" [iron], although several of the messages appear to have been deleted:

| | | |
|---|---|---|
| 12/14/2023 12:11:30 AM(UTC-5) | 50749605085 odv.vedo26 | Aye |
| 12/14/2023 12:11:39 AM(UTC-5) | 50749605085 odv.vedo26 | My girl tryna get dat other koimt |
| 12/14/2023 12:11:42 AM(UTC-5) | 50749605085 odv.vedo26 | Joint |
| 12/14/2023 12:12:20 AM(UTC-5) | 50749605085 odv.vedo26 | That two tone 9 i ask to see |
| 12/14/2023 12:31:42 AM(UTC-5) | 50749605085 odv.vedo26 | |
| 12/14/2023 12:32:20 AM(UTC-5) | 50749605085 odv.vedo26 | |
| 12/14/2023 12:45:22 AM(UTC-5) | 50749605085 odv.vedo26 | |
| 12/14/2023 12:45:45 AM(UTC-5) | 50749605085 odv.vedo26 | |
| 12/14/2023 12:46:57 AM(UTC-5) | 50749605085 odv.vedo26 | U up |
| 12/14/2023 1:12:52 AM(UTC-5) | 49368297095 One man army! | |
| 12/14/2023 1:13:22 AM(UTC-5) | 49368297095 One man army! | Yea I was in the shower |
| 12/14/2023 1:13:52 AM(UTC-5) | 49368297095 One man army! | |
| 12/14/2023 1:14:08 AM(UTC-5) | 49368297095 One man army! | |
| 12/14/2023 1:14:52 AM(UTC-5) | 49368297095 One man army! | |
| 12/14/2023 10:33:31 AM(UTC-5) | 50749605085 odv.vedo26 | Peezy |
| 12/14/2023 10:39:02 AM(UTC-5) | 49368297095 One man army! | Yea |
| 12/14/2023 10:39:27 AM(UTC-5) | 50749605085 odv.vedo26 | My gurl tryna get that iorn |
| 12/14/2023 10:39:43 AM(UTC-5) | 50749605085 odv.vedo26 | An section 8 tryna buy 1 frm sb |
| 12/14/2023 | 50749605085 odv.vedo26 | U got sum else that size |

| 10:40:58 AM(UTC-5) | | |
|---|---|---|
| 12/14/2023<br>10:42:16 AM(UTC-5) | 50749605085 odv.vedo26 | U dont got no more pistols |
| 12/14/2023<br>10:45:35 AM(UTC-5) | 50749605085 odv.vedo26 | Rd |
| 12/14/2023<br>10:45:41 AM(UTC-5) | 50749605085 odv.vedo26 | Were stickz |
| 12/14/2023<br>10:47:03 AM(UTC-5) | 49368297095 One man army! | Idk |

**Search Warrant at Savannah Street**

On December 28, 2023, pursuant to a search warrant, MPD officers recovered four firearms stolen from the FFL burglary at 253 Savannah Street S.E., Unit A (Smith and Wesson M&P, 380 shield, SN: NMX0352, Glock 47, 9mm, SN: BZLL423, Smith and Wesson M&P receiver SN: NMH3067, FN receiver and slide with SN: FX3U180045).   The seized Smith and Wesson SN: NMX0352 and Glock 47 SN: BZLL423 were recovered from inside the drywall in a bedroom. The Smith and Wesson frame SN: NMH3067 and FN frame and slide SN: FX3U180045 were found inside drywall in the living/dining room area. The firearms found in the living/dining room drywall were previously soaked or cleaned with a household chemical cleaner.   Charges against the individuals who were inside the apartment were subsequently no papered.

**Co-Conspirator 2 Jail Call**

In a jail call from January 27, 2024, co-conspirator 2 when speaking to an unknown third party insinuated that she was in VEHICLE-1 at the time of the car crash.  In the jail call, co-conspirator 2 when discussing how the government can review cell phones stated "…we were on the move, when **Vincent** was home, we were on the move, um, bruh, we got into a, when I tell you, …remember I told you about that car crash…when I needed you to be there..um bruh he left his phone, that is why he is locked up now, uhh..the n*****, *Juan*, left his phone in the car, he didn't grab his phone, um bruh, they came and got him the next day and got inside his phone and all that."

B.     **The Weight of the Evidence**

As mentioned above, the defendant's cell phone place the defendant at the location of the A & D pawn shop at approximately 3:30 a.m. and the defendant is seen on surveillance footage at the pawn shop wearing the same distinctive coat that he was wearing on his Instagram account.  In addition, Instagram messages between Alston and a co-defendant further confirm that the defendant was meeting with Alston immediately prior to the burglary.  In the Instagram conversation between Alston and the co-defendant, Alston lists all of the individuals that he is with prior to the burglary, "Me stickz peezy my man who had da 8 ball coat."  In essence, Alston is identifying all of the individuals who entered the A & D pawn shop. The government has identified "Stickz" as Niquan Odumn, "Peezy" as Juwon Anderson, and the government recovered a jacket with an 8 ball emblem that belongs to Cy'Juan Hemsley when executing a search warrant at his home address.

All told, the evidence is not just strong, but overwhelming and as this Court noted, "if the evidence against a defendant is overwhelming, credible, helpful, and important to the government's case in chief, that may increase the risk that defendant will flee to avoid future court proceedings and may indicate that the defendant is a present danger to himself or the community if the government's allegation later prove to be true." *Blackson*, 2023 U.S. Dist. LEXIS 18988, at *29-30.  Similarly, here the weight of the evidence increases the prospects that the defendant will present a danger to the community.[3]  The weight of the

---

[3] While some judges in this Court have indicated that this factor should be given less weight, in *United States v. Blackson*, following a thorough review of the text of section 3142 and decisions analyzing this factor, Judge Howell found that "the weight of the evidence should not automatically be weighed less than the remaining statutory pretrial detention factors." 2023 U.S. Dist. LEXIS 18988, at *29-30.  Instead, "the weight of the evidence against [a] defendant [should] be weighed as all factors are – in accordance with the specific facts of this case – to determine whether pretrial detention is appropriate." *Id.*  In an unpublished opinion, the D.C. Circuit affirmed Judge Howell's decision.  *United States v. Blackson*, No. 23-3020, 2023 WL 2663034 (D.C. Cir. Mar. 28, 2023).  The Second Circuit reached the same decision after a thorough and careful analysis of the issue.  *United States v. Zhe Zhang*, 55 F.4th 141, 149-150 (2d Cir. 2022).  This Court should follow *Blackson* and *Zhang;* this factor should be given no less weight than any other factor.

evidence is very strong and weighs heavily in favor of detention.

      C.      **<u>The Defendant's History and Characteristics</u>**

      The defendant is dangerous and is repeatedly seen in videos with firearms on his Instagram account,

chasingrxckz_:



*Video 3265467315855612945 from December 25, 2023.*



*Video 3267143780145831129 from December 27, 2023.*

22



*Video 3268934924709924237 from December 30, 2023.*



*Video 3270245847144260396 from December 31, 2023.*



*Video 3270455524125424549 from January 1, 2024.*

On January 15, 2024, Prince George's County Police Department (PGPD) executed a search warrant at the defendant's residence in reference to a firearms/reckless endangerment investigation that referenced the defendant as a subject of the investigation.   During the investigation, law enforcement spoke to a family member of the defendant who stated that the defendant had a bedroom in the residence.   PGPD recovered Glock handgun cases, magazines and other firearm accessories.   Three of the Glock handgun cases were traced back to a FFL burglary from December 24, 2023 in Maryland.

24

The defendant's criminal history indicates that he is becoming more dangerous.   Indeed, the defendant is lucky that he was able to walk away from the car accident on I-295 and that there were no serious injuries. The instant offense is the defendant's most serious crime to date.   At the age of 18, the defendant has access to firearms, flaunts the firearms on Instagram,  and has participated in the trafficking of firearms.   The defendant's conduct, his non-compliance with the terms of supervision demonstrate that no condition or combination of conditions would assure the safety of the community were he to be released. The third factor, the history and characteristics of the person, weighs heavily in favor of detention.

## D.   Danger to the Community

The fourth factor, the nature and seriousness of the danger to any person or the community posed by the defendant's release, also weighs heavily in favor of detention.   The charged offenses are Conspiracy to Commit Firearms Trafficking, Conspiracy to Commit Theft From A Federal Firearms Licensee, Unlawful Possession of Stolen Firearms and Interstate Transportation of a Stolen Vehicle.   The defendant along with the four other co-defendants arrived at the A & D pawn shop at 3:30 a.m. and stole 34 firearms from the pawn shop. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆.  Clearly, the defendant has not been rehabilitated ▆▆▆▆▆▆▆▆▆▆ and continues to possess illegal firearms and more disturbing, is involved in the trafficking of the firearms.

The firearm that the defendant possessed and all of the firearms that were stolen from the A & D pawn shop have the potential to cause grievous bodily injury (or death) to members of the community and law enforcement.   Currently, law enforcement has recovered 15 of the stolen firearms.  The remaining 19 firearms most likely have already been disseminated to other individuals throughout Washington, D.C.

There is no doubt, that these firearms are dangerous.   Indeed, other courts have recognized the inherent dangerousness of carrying a concealed, loaded firearm.  *See United States v. Gassaway*, 1:21-cr-00550 (RCL), ECF No. 9 (D.D.C. Sept. 16, 2021) ("This Court agrees with other courts in this district that

unlawfully carrying a concealed or loaded firearm in public poses a risk of danger to the public."); *United States v. Cole*, 459 F. Supp. 3d 116, 120 (D.D.C. 2020) (noting that a loaded firearm "has the great potential to escalate into violence," particularly when defendant's prior convictions indicate a predilection for violence); *United States v. Riggins*, 456 F. Supp. 3d 138, 144 (D.D.C. 2020) ("[T]he possession of a firearm, especially while seemingly on a drug such as PCP, presents a serious danger to the community."); *United States v. Howard*, No. 20-mj-181 (BAH), 2020 WL 5642288, at *3 (D.D.C. Sept. 21, 2020) ("Illegally possessing a concealed firearm in public where other people are congregated, as alleged, poses an inherent risk of danger to the community.").

The defendant is seen with numerous firearms on Instagram, is seen on surveillance footage at the time of the burglary, is tracked at the pawn shop through cell site during the burglary and the subsequent car accident in Washington D.C. Clearly, the defendant is a danger to the community. This factor, as with all the three prior factors, weighs heavily in favor of pretrial detention.

## III.   <u>Conclusion</u>

The defendant has clearly demonstrated that he is unwilling to comply with court orders and the terms of supervision while in the community. At the time of his arrest, the defendant was on probation and pretrial release. There is no reason to believe that any condition or combination of conditions of release that would reasonably assure the safety of the community. The government respectfully requests that the Court issue an Order granting its motion that the defendant be held without bond pending trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Dated: April 1, 2024                    By:          */s/ Shehzad Akhtar*

Shehzad Akhtar
D.C. Bar No. 493635
Assistant United States Attorney

Ryan Lipes
NY Bar No. 5404843
Special Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
Federal Major Crimes Section
601 D Street NW
Washington, D.C. 20530
(202) 252-7498
Shehzad.Akhtar@usdoj.gov