# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | CR. NO. 23-452(ABJ) |
| ) | |
| JUWON ANDERSON ) | |
| Defendant ) | |

## JUWON ANDERSON'S MOTION FOR PLACEMENT IN THE HIGH INTENSITY SUPERVISION PROGRAM

**COMES NOW**, JUWON ANDERSON, defendant, through undersigned counsel Dwight E. Crawley, pursuant to 18 U.S.C. §3145(b) and respectfully requests that this Honorable Court revoke the detention order of the magistrate court and order defendant's release pending trial of this matter. As grounds for this motion, Mr. Anderson states the following:

## BACKGROUND

1. Mr. Anderson is charged with multiple crimes involving firearms (See indictment at docket entry #7 and #19).

2. The matter was called for a detention hearing on December 26, 2023, before the Honorable Magistrate Judge Faruqui. At the time of the hearing, Mr. Anderson did not challenge his detention. Rather, he waived his right to have the magistrate court make factual findings concerning his detention and reserved his right to seek his release later, before this court.

## FACTORS TO BE CONSIDERED

Title 18 U.S.C. §3142(g) specifies the factors to be considered in determining whether there

are conditions of release that will reasonably assure the appearance of the person at trial as well as provide for the safety of the community.  Those factors are:

   (1) The nature and circumstances of the offense charged including whether the offense is a crime of violence or involves a narcotic drug;

   (2) The weight of the evidence against the person;

   (3) The history and characteristics of the person—
      i. The person's character, physical and mental condition, family ties, employment, financial resources, length of residence in community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

      ii. Whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release while pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

   (4) The nature and seriousness of the danger to any person or the community that would be posed by the person's release.

## ARGUMENT

Mr. Anderson is a life-long resident of the District of Columbia.  He does not possess the resources or relationships to flee.  The court's ability to place him in the High Intensity Supervision Program would restrict his movement and keep him under the control of the court throughout the pendency of this case.  Accordingly, Mr. Anderson argues that there are conditions of release that would guarantee his appearance in court as well as protect the community.

As it relates to whether he poses a danger to the community if released, Mr. Anderson

maintains that he is not charged with a crime of violence and he has not engaged in any attempts to coerce or threaten anyone concerning this case. Moreover, he argues that 24 hour home confinement with electronic monitoring limits his ability to move freely in the community. This would enable the court to track his location at all times and thereby protect the community.

**WHEREFORE**, Mr. Anderson respectfully requests that this court grant his motion for release and placement in the High Intensity Supervision Program.

        Respectfully submitted
        JUWON ANDERSON

        /s/
        _____
        Dwight E. Crawley, Esq.
        DC BAR #472672
        Attorney for JUWON ANDERSON
        Law Office of Dwight E. Crawley
        1300 I. Street, NW
        Suite 400E
        Washington, DC 20005
        (202) 580-9794 Phone
        (888) 804-1806 Fax
        vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

        /s/
        _____
        Dwight E. Crawley, Esq.
        DC BAR #472672
        Attorney for JUWON ANDERSON
        Law Office of Dwight E. Crawley
        1300 I. Street, NW
        Suite 400E
        Washington, DC 20005
        (202) 580-9794 Phone
        (888) 804-1806 Fax
        vadclawyer@gmail.com